RECEIVED
MAR 3 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| B. ALAN MCGRAW, ET AL. | MISC. CASE NO. 17-mc-53 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS AMERICA, INC, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of B. Alan McGraw, as Administrator and Derivative Claimant, and Michael Owens, as Derivative Claimant, of the Estate of Lucille Rose Owens, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 31st day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE